IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE FOSTER,<br><br>    Plaintiff.<br><br>v.<br><br>COALINGA STATE PRISON,<br><br>    Defendant.<br>_____ | No. C 12-3636 JSW (PR)<br><br>**ORDER OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE** |

This case was opened on July 11, 2012, when Plaintiff, a prisoner of the State of California, filed a letter to Judge Thelton Henderson complaining about actions by prison officials. That day, the Clerk notified Plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Plaintiff has written a letter to the Clerk stating that he did not intend to file a civil rights or other civil action. Consequently, the case is **DISMISSED**. No filing fee is due. The Clerk shall administratively close this case as opened in error, and send an electronic copy of the original letter and of this order to Judge Henderson via his courtroom deputy.

IT IS SO ORDERED.

DATED: 08/21/2012

JEFFREY S. WHITE
United States District Judge