1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
BRUCE FOSTER,                          )      No. C 12-3636 JSW (PR)
9                                      )
         Plaintiff.                    )      **ORDER OF DISMISSAL AND**
10                                     )      **ADMINISTRATIVELY**
   v.                                  )      **CLOSING CASE**
11                                     )
   COALINGA STATE PRISON,              )
12                                     )
         Defendant.                    )
13                                     )
   _____ )
14

15        This case was opened on July 11, 2012, when Plaintiff, a prisoner of the State of

16   California, filed a letter to Judge Thelton Henderson complaining about actions by prison

17   officials.  That day, the Clerk notified Plaintiff that he had not filed a complaint, and that

18   he had neither paid the filing fee nor filed an application to proceed in forma pauperis

19   ("IFP").  In the notices, Plaintiff was informed that the case would be dismissed if he did

20   not file a complaint, and pay the fee or file a completed IFP application, within thirty

21   days.  Plaintiff has written a letter to the Clerk stating that he did not intend to file a civil

22   rights or other civil action.  Consequently, the case is **DISMISSED**.  No filing fee is due.

23   The Clerk shall administratively close this case as opened in error, and send an electronic

24   copy of the original letter and of this order to Judge Henderson via his courtroom deputy.

25        IT IS SO ORDERED.

26   DATED:   08/21/2012

27                                          _____
                                            JEFFREY S. WHITE
28                                          United States District Judge